NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5120

JAMES DAVIS BENNETT,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 09-CV-279, Judge Nancy B. Firestone.

ON MOTION

ORDER

James Davis Bennett moves for reconsideration of the court's order dismissing his appeal for failure to pay the filing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion will be granted, the mandate will be recalled, the dismissal order will be vacated, and the case will be reinstated, if Bennett either pays the $450 filing fee or files a completed supplemental form for prisoners within 30 days of the date of filing of this order.

FOR THE COURT

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 14 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

APR 14 2010

JAN HORBALY
CLERK

cc:  James Davis Bennett (supplemental form for prisoners enclosed)
     Tara Hogan, Esq.
s20